FILED IN OPEN COURT
DATE 4-4-08
BY /s/ L. Cook
DEPUTY CLERK
Abg DIVISION, W.D. of

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA  :
                          :   Case No. 1:08CR16
v.                        :
                          :   Violations:  29 U.S.C. 501(c)
DARRELL PENDERGRASS       :                26 U.S.C. 7201

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. From in or about 2003 through 2006, in the Western District of Virginia and elsewhere, DARRELL PENDERGRASS embezzled and unlawfully and willfully converted to his own use, moneys and funds (approximately $70,336.00) of a labor organization of which he was an officer.

2. From in or about 2003 through 2006, in the Western District of Virginia and elsewhere, DARRELL PENDERGRASS was the President and Secretary of the International Alliance of Theatrical Stage Employees (IATSE).

3. All in violation of Title 29, United States Code, Section 501(c).

### COUNT TWO

The United States Attorney charges that:

1. From in or about June 2004 through December 2006, in the Western District of Virginia and elsewhere, DARRELL PENDERGRASS willfully attempted to evade and defeat a tax imposed by Title 26 of the United States Code.

2. From in or about June 2004 and December 2006, DARRELL PENDERGRASS willfully attempted to evade and defeat the payroll tax liabilities of the International Alliance of

Theatrical Stage Employees Local #699, for the payroll tax returns covering the periods ending June 30, 2004, December 31, 2004, June 30, 2005, September 30, 2005, December 31, 2005, March 31, 2006 and June 30, 2006.

    3. All in violation of Title 26, United States Code, Section 7201.

*John L. Brownlee /sdk*
UNITED STATES ATTORNEY

Date: *April 4, 2008*